

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00153-CV

**THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO**
and Bishop Gerald R. Barnes,
Appellants

v.

John **DOE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08589
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the orders of the trial court denying the special appearances filed by the appellants are REVERSED, and judgment is RENDERED dismissing the appellants from the underlying lawsuit. It is ORDERED that the appellants recover their costs of this appeal from the appellee.

SIGNED July 24, 2019.

_____
Beth Watkins, Justice